AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 8:22-MJ-00552 | Date and time warrant executed: 08/19/22 | Copy of warrant and inventory left with: USPS |

Inventory made in the presence of:
USPIS Joe Weidenkopf + TFO Gabe Gutierrez

Inventory of the property taken and name of any person(s) seized:

No items seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/26/22

_Executing officer's signature_

Sumyra Duy / US Postal Inspector
_Printed name and title_